UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN　　DOE,　　SUBSCRIBER<br>ASSIGNED　　IP　　ADDRESS<br>*162.233.221.252*;<br><br>　　　　　Defendant. | 2:23-CV-11837-TGB<br><br><br>**ORDER DISMISSING CASE**<br><br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

DATED this 26th day of October, 2023.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge